**Electronically Filed**
**Supreme Court**
**SCWC-15-0000198**
**31-AUG-2016**
**12:24 PM**

SCWC-15-0000198

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

LORNA M. MACASO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000198; FC-CR. NO. 15-1-1059)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Lorna M. Macaso's

application for writ of certiorari filed on July 30, 2016, is

hereby rejected.

DATED:  Honolulu, Hawai'i, August 31, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

